NO. 07-11-00512-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 22, 2012

WILBERT BANKS, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

FROM THE 181ST DISTRICT COURT OF RANDALL COUNTY;

NO. 20,617-B; HONORABLE JOHN B. BOARD, JUDGE

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Appellant, Wilbert Banks, appeals from a judgment convicting him of murder. The clerk's record was filed with this Court on December 30, 2011. The clerk's record includes the trial court's certification of defendant's right of appeal which indicates that this is a plea bargain case and the defendant has no right of appeal, and that the defendant waived his right of appeal. This certification is in the proper form, is signed by appellant, and is supported by the record, specifically, by both the Judgment of Conviction by Court—Waiver of Jury as well as by Defendant's Waiver of Appeal after

Sentence or Punishment has been Imposed in Accordance with Plea Bargain Agreement and Waiver of Appeal Pursuant to Plea Bargain Agreement.

By letter dated January 6, 2012, this Court notified appellant that the certification reflected that appellant had no right of appeal. By this letter, the Court further notified appellant that failure to file an amended certification showing a right of appeal or other grounds for continuing the appeal on or before February 6, 2012, would result in dismissal of the appeal pursuant to Rule 25.2(a)(2) and (d) of the Texas Rules of Appellate Procedure. No response or amended certification reflecting appellant's right of appeal has been made part of the record.

Consequently, the appeal is dismissed.

Mackey K. Hancock
Justice

Do not publish.